IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

WANDA MELISSA SMITH,            Civil File No. 09-0045-CV-W-GAF

    Plaintiff,

vs.            **STIPULATION OF DISMISSAL WITH PREJUDICE**

FINANCIAL RECOVERY SERVICES, INC.,

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Wanda Melissa Smith, and the defendant, Financial Recovery Services, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                           Respectfully submitted,

Dated: __05/18/09__            By __/s/ J. Mark Meinhardt__
                                             J. Mark Meinhardt, #53501
                                             4707 College Boulevard, Suite 100
                                             Leawood, KS 66211
                                             (913) 451-9797
                                             (913) 451-6163 (fax)
                                             ATTORNEY FOR PLAINTIFF

Dated: __05/18/09__            By __/s/ Heather L. Rooney__
                                             Heather L. Rooney, #58832
                                             Thomas M. Benson, #42659
                                             Lowther, Johnson, Joyner, Lowther, Culley & Housley
                                             901 St. Louis St., 20th Floor
                                             Springfield , MO 65806
                                             (417) 866-7777
                                             (417) 866-1752 (fax)
                                             ATTORNEYS FOR DEFENDANT