## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **WANDA MELISSA SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 09-00045-CV-W-GAF** |
| | ) | |
| **FINANCIAL RECOVERY SERVICES,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation of Dismissal With Prejudice.

Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to

bear its own costs and fees.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: May 18, 2009